```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
IN RE:
                                        Case #:
DAVID SCHON
                                        CHAPTER 13 PLAN
                  Debtor
----------------------------------X
```

1. The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee as follows OVER A TERM OF SIXTY (60) MONTHS as follows: $1425.00 PER MONTH 60 MONTHS. IN ADDITION, (A) COMMENCING TAX YEAR 2016, THE DEBTOR SHALL REMIT ANY TAX REFUNDS RECEIVED BY THE DEBTORS DURING THE LIFE OF THE PLAN. DEBTORS ARE TO PROVIDE THE TRUSTEE WITH COPIES OF THEIR TAX RETURNS BY NO LATER THAN APRIL 15TH OF EACH YEAR AND TURN OVER THEIR TAX REFUNDS, IF ANY, BY NO LATER THAN JUNE 15TH OF EACH YEAR AND (B) DEBTOR SHALL REMIT ANY NET PROCEEDS FROM DEBTOR'S PERSONAL INJURY ACTION IN EXCESS OF THAT AMOUNT CLAIMED AS EXEMPT BY DEBTOR.

2. From the payments so received, the trustee shall make disbursements as follows:
(a) Full payment in deferred cash payments of all ALLOWED claims entitled to priority under 11 U.S.C. Section 507:

(i) Trustee Commission of 10%; (ii) Richard Feinsilver - $4000.00

(b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:
HSBC/CHASE MORTGAGE (Loan #2451) - Debtor is $33,000.00 in arrears in the remittance of first mortgage payments encumbering debtor's property at 1666 Seagirt Boulevard, Far Rockaway NY at the time of filing. Debtor shall repay arrears of $33,000.00 with interest thereon at the rate of zero (0%) percent per annum, plus trustee's fees. Debtor shall remit post petition payments directly to this creditor outside of the plan
BOARD OF MANAGERS - OCEAN TERRACE (Unit 1666) - Debtor is $40,000.00 in arrears in the remittance of condo common charges encumbering debtor's property at 1666 Seagirt Boulevard, Far Rockaway NY at the time of filing. Debtor shall repay arrears of $40,000.00 with interest thereon at the rate of zero (0%) percent per annum, plus trustee's fees. Debtor shall remit post petition payments directly to this creditor outside of the plan

c) Subsequent to the payment of dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

Pro-rata distribution to all timely filed proofs of claim AS FOLLOWS:

Unsecured creditors, as a class, are to receive A PRO RATA DISTRIBUTION of not less than $1,000.00

    3.   The following executory contracts and leases of the debtor are rejected: None.

    4.   Other provisions:

Title to the debtor's property shall revest in the debtor upon confirmation of a plan.

Throughout the term of this plan, debtor agrees that it will not incur post-petition debt over $1500.00 without first notifying the Chapter 13 trustee in writing.

Dated: September 21, 2016

                                s/David Schon
                                _____
                                Debtor

                                _____
                                Debtor

s/Richard S. Feinsilver
_____
Debtor's Attorney